**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-02305-REB-MEH

KYLE MOHLER, by and through his father, ROBERT MOHLER
CRAIG HOSPITAL, a Colorado nonprofit corporation, and
CNS MEDICAL GROUP, P.C., a Colorado professional corporation,

    Plaintiffs,

v.

NEBRASKA ASSOCIATION OF RESOURCE DISTRICTS (NARD) EMPLOYEE
BENEFIT PLAN, an employee benefit plan,
MID-AMERICA BENEFITS, INC., a Nebraska corporation, and
THE NEBRASKA ASSOCIATION OF RESOURCE DISTRICTS, a Nebraska non-profit
corporation,

    Defendants.

---

## MINUTE ORDER[1]

---

    The matter before the court is **Plaintiffs' and Defendants' Joint Motion to Reconsider** [#16], filed January 3, 2007. Said motion is GRANTED. Plaintiffs shall have until **January 3, 2007**, in which to respond to Mid-American Benefits' Motion to Dismiss [#8], and defendants shall have until **January 9, 2007**, in which to file a reply to Plaintiffs' Response [#11] to Defendant NARD's Motion to Dismiss [#7].[2]

Dated: January 5, 2007
-----------------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] The parties are directed to review the court's Practice Standards including the recent amendments to these practice standards.