**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-02305-REB-MEH

KYLE MOHLER, by and through his father, ROBERT MOHLER
CRAIG HOSPITAL, a Colorado nonprofit corporation, and
CNS MEDICAL GROUP, P.C., a Colorado professional corporation,

    Plaintiffs,

v.

NEBRASKA ASSOCIATION OF RESOURCE DISTRICTS (NARD) EMPLOYEE
BENEFIT PLAN, an employee benefit plan,
MID-AMERICA BENEFITS, INC., a Nebraska corporation, and
THE NEBRASKA ASSOCIATION OF RESOURCE DISTRICTS, a Nebraska non-profit
corporation,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before the court is the **Stipulation for Dismissal With Prejudice of the Claims of Plaintiffs Craig Hospital and CNS Medical Group PC Against Defendants** [#45], and the **Stipulation for Dismissal Without Prejudice of the Claims of Plaintiff Kyle Mohler, By and Through His Father, Robert Mohler, Against Defendants** [#46], both filed July 18, 2007. After careful review of the stipulations and the file, the court has concluded that both stipulations should be approved, that the claims of plaintiffs, Craig Hospital and CNS Medical Group, P.C., against the defendants should be dismissed with prejudice, and that the claims of plaintiff, Kyle Mohler, by and through his Father, Robert Mohler, should be dismissed

without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal With Prejudice of the Claims of Plaintiffs Craig Hospital and CNS Medical Group PC Against Defendants** [#45], and the **Stipulation for Dismissal Without Prejudice of the Claims of Plaintiff Kyle Mohler, By and Through His Father, Robert Mohler, Against Defendants** [#46], both filed July 18, 2007, **ARE APPROVED**;

2. That the claims of plaintiffs, Craig Hospital and CNS Medical Group, P.C., against the defendants **ARE DISMISSED WITH PREJUDICE**;

3. That the claims of plaintiff, Kyle Mohler, by and through his Father, Robert Mohler, **ARE DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs;

4. That the Trial Preparation Conference set for February 15, 2008, is **VACATED**;

5. That the jury trial set to commence March 3, 2008, is **VACATED**;

6. That any pending motion is **DENIED** as moot; and

7. That the case **IS CLOSED**.

Dated July 19, 2007, at Denver, Colorado.

                **BY THE COURT:**

                **s/ Robert E. Blackburn**
                **Robert E. Blackburn**
                **United States District Judge**